■ THOMAS P. PENDERGAST, Respondent, v CONSOLIDATED RAIL CORPORATION, Also Known as CONRAIL, Appellant. [605 NYS2d 994] —Order unanimously modified on the law and as modified affirmed without costs in accordance with same Memorandum as in *Wylie v Consolidated Rail Corp.* (198 AD2d 884 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Whelan, J.—Discovery.) Present—Pine, J. P., Fallon, Davis and Boehm, JJ.